UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CASE NO. 1:24-CV-00080

FREDDIE J. BUSSEY, JR., etc.

JUDGE CHARLES E. FLEMING

       Plaintiff

v.

CITY OF ELYRIA, et al

       Defendants

## NOTICE OF DISMISSAL

Plaintiff hereby dismisses this action without prejudice.

_____
Barry Eckstein (0000477)
Attorney for Plaintiff
5 West College Street
P.O. Box 387
Oberlin, OH 44074
Phone: (440) 774-4382
Fax: (440) 774-1497
Email: bse2@frontier.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Dismissal was electronically served on the following parties:

Gregory A. Beck
Attorney for the City of Oberlin
beck@bakerfirm.com

John T. McLandrich
Attorney for the City of Elyria
jmclandrich@mrrlaw.com

_____
Barry Eckstein (0000477)
Attorney for Plaintiff