UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FREDDIE J. BUSSEY, JR., | ) | CASE NO.: 1:24-CV-00080 |
| | ) | |
| Plaintiff, | ) | JUDGE:  CHARLES E. FLEMING |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **AND JOURNAL ENTRY** |
| CITY OF ELYRIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), the above captioned matter has been settled and dismissed, with prejudice, as against Defendants, City of Elyria, City of Oberlin, Officer Koleszar and Officer Wiley.

The Court may enter an Order accordingly.

*s/ Barry Eckstein (per email consent 5/3/24)*
BARRY ECKSTEIN  (0000477)
ECKSTEIN & ECKSTEIN
P.O. Box 387
5 West College Street
Oberlin, OH 44074
(440) 774-4382
(440) 774-1497 – Fax
bse2@frontier.com
*Counsel for Plaintiff*

*s/John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com
*Counsel for Defendant City of Elyria*

*s/ Gregory Beck (per email consent 5/3/24)*
GREGORY A. BECK (0018260)
Baker, Dublikar, Wiley & Mathews
400 South Main Street
North Canton, OH 44720
(330) 499-6000
(330) 499-6423 – Fax
beck@bakerfirm.com
*Counsel for Defendants Bashshar Wiley,*
*Jakob J. Koleszar and City of Oberlin*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/John T. McLandrich*
JOHN T. MCLANDRICH (0021494)

*Counsel for Defendant City of Elyria*